Geoffrey E. Dobbin
geoff@dobbiniplaw.com
UT Bar #9371
DOBBIN IP LAW, P.C.
2250 S Redwood Rd, Suite 5
West Valley City, UT 84119-1355
(801) 969-6609

David R. Bennett. *pro hac vice* to be filed
dbennett@directionip.com
IL Bar # 6244214
DIRECTION IP LAW
P.O. Box 14184
Chicago, Illinois 60614-0184
(312) 291-1667

Attorneys for Plaintiff, VeriDoc Systems, LLC

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

|  |  |
|---|---|
| **VERIDOC SYSTEMS LLC,**<br><br>                    Plaintiff,<br>   v.<br><br>**PLANRADAR, INC.,**<br><br>                    Defendant. | Case No. _____<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff VeriDoc Systems LLC files this Original Complaint for Patent Infringement against PlanRadar, Inc. and would respectfully show the Court as follows:

### I.  THE PARTIES

1.      Plaintiff VeriDoc Systems LLC ("VeriDoc" or "Plaintiff") is a Wyoming limited liability company having an address at 1712 Pioneer Ave., Ste 500, Cheyenne, WY 82001.

2.     On information and belief, Defendant PlanRadar, Inc. ("PlanRadar" or "Defendant") is a Delaware corporation with a regular and established places of business at 26 S Rio Grande St, #2072, Salt Lake City, UT 84101.  Defendant has a registered agent Chelby Patterson at 26 S Rio Grande St, #2072, Salt Lake City, UT 84101.

## II.  JURISDICTION AND VENUE

3.     This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

4.     On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the Utah Long-Arm Statute, due at least to its business in this forum, including at least a portion of the infringements alleged herein at 26 S Rio Grande St, #2072, Salt Lake City, UT 84101.

5.     Without limitation, on information and belief, Defendant has derived revenues from its infringing acts occurring within Utah.  Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in Utah.  Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within Utah. Defendant has committed such purposeful acts and/or transactions in Utah such that it reasonably should know and expect that it could be sued in this Court as a consequence of such activity.

6.     Venue is proper in this District under 28 U.S.C. § 1400(b). On information and belief, Defendant has a regular and established place of business in Utah and in this District at 26 S

Rio Grande St, #2072, Salt Lake City, UT 84101.  On information and belief, from and within this District, Defendant has committed acts of infringement, including at least a portion of the infringements at issue in this case.

7.      For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

### III.   COUNT I
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 10,814,661)

8.      Plaintiff incorporates the above paragraphs herein by reference.

9.      On October 27, 2020, United States Patent No. 10,814,661 ("the '661 Patent") was duly and legally issued by the United States Patent and Trademark Office.  A true and correct copy of the '661 Patent is attached hereto as Exhibit A and incorporated herein by reference.

10.     VeriDoc is the assignee of all right, title, and interest in the '661 Patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '661 Patent.  Accordingly, VeriDoc possesses the exclusive right and standing to prosecute the present action for infringement of the '661 Patent by Defendant.

11.     The '661 Patent relates to the field of data validity discovery and more particularly to validity of digital and physical data.  (Ex. A at 1:6-8).  The '661 Patent describes a technical problem with verifying the genuineness of a document before the document is processed further.  (*Id.* at 1:47-40).  For example, a medical prescription is usually handwritten or typed and therefore can be easily forged or tampered with to obtain unlawful access to prescriptions.  (*Id.* at 1:27-36).  To avoid wrongful use of a prescription, the prescription must be verified by selling medications to a patient or for preventing medical fraud.  (*Id.* at 1:37-40).  Other documents may also require validation before processing including a legal instrument (*e.g.*, a contract), an educational

certificate, a bank letter, an official letter, a government document, and bills for goods and services. (*Id.* at 1:41-46).   The inventor therefore saw a need for a new method of digitally verifying the authenticity of a physical document.  (*Id.* at 1:47-49).

12.    The claimed method involved registering a document at a repository by storing details, including at least one of a name of the document, an e-mail of a creator of the document, date and time of creation of the document, and an image of the document comprising content of the document, and a signature of the creator related to the document in a location of the repository. Generating a symbology for the document, and the symbology is an identifier of the location of the repository, comprising the document.  Associating the symbology with a physical copy of the document.  Scanning the physical copy of the document to generate a scanned image.  Accessing the document and the details related to the document present at the location of the repository, wherein the document is accessed using the symbology present on the scanned image. Comparingthe scanned image with the document stored in the repository to determine the authenticity of the physical copy of the document, based on results of the comparison.

13.    As discussed during the prosecution history of the '661 patent, the prior art lacked, among other features, generating a symbology for the document and the symbology is an identifier of the particular location at the repository.  The prior art lacked disclosing the specific location of the information of the document in the repository.  Furthermore, the closest prior art only disclosed a method for accessing documents used to grant authority for one person to perform on behalf of another person the actions specified in such documents in an independent repository. The prior art failed to disclose the system for verifying the authenticity of a document which is directly depending upon the location-specific symbology of the document.  The claimed invention further

accessed the document and the details related to the document present at the location in the repository.  The prior art therefore did not disclose at least generation of the unique symbology for a document and the symbology being used as an identifier for the location of the document in the repository.

14.    **Direct Infringement.** Upon information and belief, Defendant has been directly infringing and continues to infringe claim 1 of the '661 Patent in Utah, this District and elsewhere in the United States. As shown below, Defendant performs the claimed method of verifying authenticity of a physical copy of a document through use of the PlanRadar platform that infringes claim 1.

15.    For example, Defendant provides a PlanRadar platform that provides a document versioning functionality for construction plans by embedding a QR code directly onto the construction plan. Upon scanning the QR code, placed onto the printed construction plan ("physical copy"), using a mobile device, the platform retrieves the online stored construction plan for verifying whether the scanned printed construction plan is up to date or expired ("verifying authenticity of a physical copy of a document").



(https://www.planradar.com/us/pricing/).[1]

---

1 Red boxes and text are added to identify relevant information in the images.

# Check the Latest Plan Version with a QR Code

## Overview

Working with outdated plan versions is one of the leading causes of wasted time, money, and effort in construction.

Make sure that everyone on the job site is working with the latest version of a plan. PlanRadar supports this with QR codes that can be printed on plans. Any project member - even those who do not have the PlanRadar app installed - can easily scan the code with their mobile device's camera to instantly check if the plan they are working with is the latest version.

(https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code).[2]

---

2 The evidence discloses information about the working of document versioning functionality within the PlanRadar platform that utilizes QR codes. The platform is available in the U.S.; however, this evidence is taken from a Great Britain source. Upon information and belief, the document versioning functionality of the platform works in a similar manner in US.

To add a QR code to a plan:

① Access the plan you want to add the QR code on

② Click **Download Plan** on the top right corner



(https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code).

③ Select the **Include QR code** checkbox

④ Select where to place the QR code on the plan

⑤ Click **Download**

(https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code).

8



(https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code).

Use your mobile phone or tablet and scan the QR code on the plan with the camera:



([https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code](https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code)).



([https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code](https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code)).



(https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code).

16.    Defendant performs the step of registering, by a processor, a document in a repository by storing details related to the document in a location of the repository, wherein the details comprise at least one of a name of the document, an e-mail of a creator of the document, date and time of creation of the document, and an image of the document comprising content of the document, and a signature of the creator.  For example, the PlanRadar platform allows the users to add and manage construction plans using the mobile device. Further, while adding the construction plan, the platform also stores details related to the uploaded construction plan such as the plan name, creator, and creation date and time ("date and time of creation of the document"). Therefore, it would be apparent to a person having ordinary skill in the art that the system uses a processor of the user's mobile device to upload a construction plan for registration in a repository within the platform.

# Add & Manage Files/Folders

## Overview

Document Management allows you to add and manage all the plans and documents which are relevant for your projects within PlanRadar. Also see Document Management.

(https://help.planradar.com/hc/en-gb/articles/17818297815453-Add-Manage-Files-Folders).

1. Click **Documents**

2. Select a **project**

3. Click **All files**



([https://help.planradar.com/hc/en-gb/articles/17818297815453-Add-Manage-Files-Folders](https://help.planradar.com/hc/en-gb/articles/17818297815453-Add-Manage-Files-Folders)).



([https://help.planradar.com/hc/en-gb/articles/17818297815453-Add-Manage-Files-Folders](https://help.planradar.com/hc/en-gb/articles/17818297815453-Add-Manage-Files-Folders)).

# Document Management

## Overview

Document Management allows you to manage all documents, plans, and other files that are relevant for your projects within PlanRadar.

The following key use cases are possible with PlanRadar:

- **Document Storage & Organisation** – Upload, organise and store all documents in PlanRadar, like how you would store in other file sharing software, and benefit from having access to them in the same PlanRadar platform as all other project data. Documents and files can be accessed from the PlanRadar mobile app even in offline mode.
Read more below and in Add & Manage Files/Folders and in View & Find Files/Folder.

(https://help.planradar.com/hc/en-gb/articles/9473785974685-Document-Management).

17.     Defendant performs the step of generating, by the processor, a symbology for the document, wherein the symbology is an identifier of the location of the repository, comprising the document.  For example, the PlanRadar platform comprises an 'Include QR code' functionality that allows users to generate a unique QR code ("a symbology") for each construction plan to retrieve its version status with respect to the corresponding construction plan that is stored online. Therefore, it would be apparent to a person having ordinary skill in the art that the platform identifies the location of the repository containing the construction plan and retrieves the details of the online stored construction plan to perform document versioning.

14

③ Select the **Include QR code** checkbox

④ Select where to place the QR code on the plan

⑤ Click **Download**

(https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code).



(https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code).

⑥ The plan will be downloaded with a QR code printed on it.



(https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code).

1 Use your mobile phone or tablet and scan the QR code on the plan with the camera:



symbology

([https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code](https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code)).

2 A link will open indicating if the plan is up to date



(https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code).





(https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code).

A further application of QR codes on construction sites is in general information boards, which contain important information that must always be up to date. Real-time data can thus be viewed via cell phone and specifications can be retrieved. This makes the construction process more flexible and reduces the risk of misunderstandings and ambiguities.

The same applies to QR codes attached to documents and information circulars. With a QR code on the document, the reader can open a link to the current status, pictures or a more detailed description of the issue on the mobile device easily and with minimal effort.

(https://www.planradar.com/gb/qr-codes-construction/).

18.     Defendant performs the step of associating, by the processor, the symbology with a physical copy of the document. For example, once the platform generates the QR code for the construction plan, it allows the users to place the QR code onto the construction plan and, further, download and print the construction plan with the embedded QR code ("a physical copy") using their mobile device ("associating the symbology with a physical copy of the document").

## Overview

Working with outdated plan versions is one of the leading causes of wasted time, money, and effort in construction.

Make sure that everyone on the job site is working with the latest version of a plan. PlanRadar supports this with QR codes that can be printed on plans. Any project member - even those who do not have the PlanRadar app installed - can easily scan the code with their mobile device's camera to instantly check if the plan they are working with is the latest version.

## Add QR Code to Plan

To add a QR code to a plan:

**1** Access the plan you want to add the QR code on

(https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code).

**3** Select the **Include QR code** checkbox

**4** Select where to place the QR code on the plan

**5** Click **Download**

(https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code).



(https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code).

6 The plan will be downloaded with a QR code printed on it.



(https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code).



To check if the plan is the latest one:

1  Use your mobile phone or tablet and scan the QR code on the plan with the camera:

the symbology with a physical copy of the document

([https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code](https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code)).

19.     Defendant performs the step of scanning, by the processor, the physical copy of the document to generate a scanned image. For example, the PlanRadar platform enables users to scan the embedded QR code on a printed construction plan using their mobile device's camera. This scanning process captures not only the QR code but also visual content such as drawings, annotations, signatures, layout, and other elements that constitute a portion of the construction plan. Accordingly, the platform scans the physical copy of the printed construction plan not just the QR code.  During this process, and as part of capturing the QR code, a scanned image is generated in the background, which is then used to decode the QR code. This process results in a digital representation of the printed construction plan, thereby fulfilling the same purpose as scanning the

physical document. This digital representation further enables the platform to compare the scanned version of the physical plan with the corresponding version stored online, supporting document authenticity verification.





([https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code](https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code)).

A further application of QR codes on construction sites is in general information boards, which contain important information that must always be up to date. Real-time data can thus be viewed via cell phone and specifications can be retrieved. This makes the construction process more flexible and reduces the risk of misunderstandings and ambiguities.

The same applies to QR codes attached to documents and information circulars. With a QR code on the document, the reader can open a link to the current status, pictures or a more detailed description of the issue on the mobile device easily and with minimal effort.

([https://www.planradar.com/gb/qr-codes-construction/](https://www.planradar.com/gb/qr-codes-construction/)).

20.    Defendant performs the step of accessing, by the processor, the document and the details related to the document present at the location of the repository, wherein the document is

accessed using the symbology present on the scanned image.  For example, the PlanRadar platform allows the users to access the status of the plan, pictures, or more detailed description of any issue related to the plan ("the details related to the document") by scanning the QR code on the printed construction plan. Upon information and belief, after scanning, the platform decodes the QR code within the scanned image and retrieve the corresponding construction plan that is stored online. Further, this step enables the platform to access the construction plan and its associated attributes ("the document and the details related to the document present at the location of the repository") for displaying it to the user through a weblink.



([https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code](https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code)).

A further application of QR codes on construction sites is in general information boards, which contain important information that must always be up to date. Real-time data can thus be viewed via cell phone and specifications can be retrieved. This makes the construction process more flexible and reduces the risk of misunderstandings and ambiguities.

attributes related to document

The same applies to QR codes attached to documents and information circulars. With a QR code on the document, the reader can open a link to the current status, pictures or a more detailed description of the issue on the mobile device easily and with minimal effort.

(https://www.planradar.com/gb/qr-codes-construction/).

21.     Defendant performs the step of comparing, by the processor, the scanned image with the document stored in the repository to determine the authenticity of the physical copy of the document, based on results of the comparison. For example, the platform provides a functionality of document versioning that allows users to verify whether the printed construction plan is up to date or expired by scanning the QR code embedded onto the printed construction plan.  Upon information and belief, the platform utilizes the document versioning to identify mismatches between the scanned image of the physical construction plan and the corresponding version stored online such that it flags any construction plan with a newer version as outdated. While the comparison logic may be based on metadata, it nonetheless evaluates the scanned physical construction plan against the online stored construction plan. Therefore, the comparison logic utilized by the platform also implements comparison, wherein, based on the results of the scan, the platform determines whether the printed construction plan is up to date or expired ("verifying authenticity of the physical copy of the document"), thereby, fulfilling the same purpose as that of comparing the entire scanned physical construction plans with the corresponding online stored construction plan.



(https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code).





(https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code).





(https://help.planradar.com/hc/en-gb/articles/19233925879325-Check-the-Latest-Plan-Version-with-a-QR-Code).

22.    **Induced Infringement.** Upon information and belief, Defendant has been and now is inducing infringement of claim 1 of the '661 patent in this District, in the State of Utah, and elsewhere in the United States, by providing the PlanRadar platform for use by Defendant's customers to perform a method that infringes claim 1 as described above. (*Supra* ¶¶15-21). At least as of the filing of this lawsuit and service of the Complaint, Defendant has had knowledge of the '661 Patent and knowledge that the use of PlanRadar platform in the manner described above constituted direct patent infringement.  Despite this knowledge of infringement of claim 1 of the '661 Patent, Defendant continued to encourage and induce its customers to use the PlanRadar platform to perform the claimed method of verifying authenticity of a physical copy of a document in a manner that infringed claim 1 of the '661 Patent through providing online manuals describing

how the PlanRadar platform can be operated in a manner that infringes claim 1 of the '661 Patent and instructions for how to use the PlanRadar platform in the accused manner. (*Supra* ¶¶15-21). Defendant is and has been committing the act of inducing infringement by specifically intending to induce infringement by providing its PlanRadar platform to its customers and by aiding and abetting its use in a manner known by Defendant to infringe claim 1 of the '661 Patent.

23.     Specifically, Defendant provides the PlanRadar platform knowing that it performs a method of verifying authenticity of a physical copy of a document by registering, by a processor, a document in a repository by storing details related to the document in a location of the repository, wherein the details comprise at least one of a name of the document, an e-mail of a creator of the document, date and time of creation of the document, and an image of the document comprising content of the document, and a signature of the creator; generating by the processor, a symbology for the document, wherein the symbology is an identifier of the location of the repository, comprising the document; associating, by the processor, the symbology with a physical copy of the document; scanning, by the processor, the physical copy of the document to generate a scanned image; accessing, by the processor, the document and the details related to the document present at the location of the repository, wherein the document is accessed using the symbology present on the scanned image; and comparing, by the processor, the scanned image with the document stored in the repository to determine the authenticity of the physical copy of the document, based on results of the comparison. (*Supra* ¶¶15-21).  Defendant also informs its customers that their use of the PlanRadar platform performs steps that infringe claim 1.  (*Supra* ¶¶15-21).  Defendant therefore knowingly induced and induces infringement and specifically intended to encourage and induce the infringement of claim 1 of the '661 patent by its customers.

Even where performance of the steps required to infringe claim 1 of the '661 patent is accomplished by Defendant and Defendant's customer jointly, Defendant's actions have solely caused each of the steps to be performed.

24.    Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such infringement of the '661 Patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

25.    On information and belief, Defendant will continue its infringement unless preliminarily and permanently enjoined by the Court. Each and all of the Defendant's infringing conduct thus causes Plaintiff irreparable harm and will continue to cause such harm without the issuance of an injunction.

## V.  JURY DEMAND

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## VI.  PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a.    Judgment that claim 1 of United States Patent No. 10,814,661 has been infringed directly and indirectly, either literally and/or under the doctrine of equivalents, by Defendant;

b.    Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct complained of herein, and an accounting of all infringements and damages not presented at trial;

c.      That Defendant be preliminarily and permanently enjoined from any further activity or conduct that infringes;

d.      That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

e.      That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

October 10, 2025                          Respectfully Submitted,

Of Counsel:                              /s/ Geoffrey E. Dobbin
David R. Bennett (IL Bar No.: 6244214)   Geoffrey E. Dobbin
(*pro hac vice* to be filed)             Dobbin IP Law P.C.
DIRECTION IP LAW                         2250 S Redwood Rd, Suite 5
P.O. Box 14184                           West Valley City, UT 84119
Chicago, Illinois 60614-0184             (801) 969-6609
Telephone: (312) 291-1667                geoff@dobbiniplaw.com
dbennett@directionip.com

                                         *Attorneys for VeriDoc Systems LLC*